IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KEIDRA TAYLOR, | : | |
| *Plaintiff* | : | CIVIL ACTION |
| v. | : | |
| | : | |
| THE BOEING COMPANY, | : | No. 21-4257 |
| *Defendant* | : | |

## ORDER

AND NOW, this 25th day of February, 2022, upon consideration of Defendant's Motion to Compel Arbitration (Doc. No. 14) and Plaintiff's Response in Opposition (Doc. No. 15), and for the reasons set forth in the accompanying Memorandum, it is **ORDERED** that:

1. Defendant's Motion to Compel Arbitration (Doc. No. 14) is **GRANTED**.

2. Plaintiff shall submit her claims to arbitration within 30 days of the date of this Order.

3. This case is **STAYED** pending the completing of the arbitration.

BY THE COURT:

_____
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE

1